```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 42394
   WILLIE GREEN
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-8240

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 11/15/2004 and was confirmed 01/27/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 05/22/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
ARONSON FURNITURE          SECURED            150.00          .00         150.00
ARONSON FURNITURE          UNSECURED             .00          .00            .00
SAXON MORTGAGE             CURRENT MORTG         .00          .00            .00
SAXON MORTGAGE             MORTGAGE ARRE     4361.33          .00        4361.33
SAXON MORTGAGE             NOTICE ONLY    NOT FILED           .00            .00
RESURGENT ACQUISITION LL   UNSECURED         719.99           .00         719.99
CITI CARDS                 NOTICE ONLY    NOT FILED           .00            .00
CITIBANK                   NOTICE ONLY    NOT FILED           .00            .00
COMMERCIAL RECOVERY SYST   UNSECURED     NOT FILED            .00            .00
GREAT AMERICAN FINANCE     UNSECURED         828.52           .00         828.52
RIVER CITY COMM C U        UNSECURED     NOT FILED            .00            .00
ZALUTSKY & PINSKI          UNSECURED         974.00           .00         974.00
NATIONAL CAPITAL MANAGEM   UNSECURED         863.03           .00         863.03
UNITED CREDIT NATIONAL B   NOTICE ONLY    NOT FILED           .00            .00
ER SOLUTIONS INC           UNSECURED         153.04           .00         153.04
ER SOLUTIONS INC           NOTICE ONLY    NOT FILED           .00            .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT    194.00            .00         194.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY    2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                        591.27
DEBTOR REFUND              REFUND                                         492.26

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                   RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE           12,027.44

PRIORITY                                 194.00
SECURED                                4,511.33
UNSECURED                              3,538.58
ADMINISTRATIVE                         2,700.00
TRUSTEE COMPENSATION                     591.27

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 42394 WILLIE GREEN
```

```
DEBTOR REFUND                                                492.26
                                     ---------------    ---------------
TOTALS                                     12,027.44          12,027.44
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
  Dated: 02/27/08                       _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE